UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANTE DION SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>BEREGOVSKAY, et al.,<br><br>        Defendants. | **1:17-cv-01146-NONE-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED OBJECTIONS**<br>**(ECF No. 70.)** |

       Tiante Dion Scott ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On December 29, 2021, Plaintiff filed a motion for leave to file amended objections to the findings and recommendations issued on November 15, 2021.  (ECF No. 70.)

       Plaintiff explains that on December 2, 2021 he timely filed a face page of his objections, intending to file a complete copy of the objections afterward.  (ECF No. 67.)  On December 8, 2021, Plaintiff filed a motion for extension of time to file the complete objections which was granted on December 10, 2021.  (ECF Nos. 68, 69.)  Now, on December 29, 2021, Plaintiff has submitted a complete copy of the objections (ECF No. 71) and requests leave to file them as amended objections.  The Court finds good cause to grant Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file amended objections is granted; and

2. The Clerk is directed to reflect on the court's docket that Plaintiff's objections filed on December 29, 2021, are Amended Objections.

IT IS SO ORDERED.

Dated: **January 5, 2022**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE