1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TIANTE DION SCOTT, | No. 1:17-cv-01146 JLT GSA (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING SUPERVISING DEPUTY ATTORNEY GENERAL LAWRENCE BRAGG TO ASSIGN THIS MATTER TO A NEW DEPUTY ATTORNEY GENERAL |
| v. | |
| OLGA BEREGOVSKY, et al., | |
| Defendants. | ORDER DIRECTING NEWLY ASSIGNED DEPUTY ATTORNEY GENERAL TO FILE A NOTICE OF APPEARANCE FOR DEFENDANT |
| | OFFICE OF THE ATTORNEY GENERAL TO COMPLY FULLY WITH THIS ORDER WITHIN THREE DAYS |

The above-referenced case is at the pretrial phase of the proceedings. See ECF No. 31 (second scheduling order (trial)). Recently, the Court was informed that court communications which have been sent via e-mail to Defendants' attorney of record, Deputy Attorney General Cheryl Weni Hsu, have come back to the Court as undeliverable.

The Court notes that no other attorney from the Office of the Attorney General is identified in the case caption of the docket as representing Defendants. This being the case, Supervising Deputy Attorney General Lawrence Bragg will be directed to assign the matter to a new Deputy Attorney General. After one is assigned to this case (or if one has already been

1

assigned) the newly assigned attorney shall file a notice of appearance with the Court so that it is clear on the docket who is representing Defendant. The Office of the Attorney General will be given three days to comply with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. If it has not already been done, Supervising Deputy Attorney General Lawrence Bragg shall assign a new Deputy Attorney General to this case;

2. The newly assigned Deputy Attorney General shall file a notice of appearance with the Court so that the docket may be updated to reflect who is representing Defendants, and

3. The Office of the Attorney General shall have three days to comply with this order.

IT IS SO ORDERED.

Dated:   **February 10, 2025**                              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE