UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANTE DION SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLGA BEREGOVSKAY, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-01146 JLT GSA (PC)<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is an inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Douglas L. Gordon and Lyndsie N. Russell have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed. Accordingly, the Court **ORDERS**:

1. Douglas L. Gordon and Lyndsie N. Russell are appointed as plaintiff's counsel.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order **and the "Order re: Consent or Request for Reassignment" (Doc. 84)** on Douglas L. Gordon and Lyndsie N. Russell, Miles Sears & Eanni, 2844 Fresno St., Fresno, CA 93721.

///

///

Due to the Court's unavailability for trial on the date currently set and the recent change in counsel for the defense (Doc. 86) and this appointment order, counsel may seek amendment of the pretrial and trial dates through stipulation.

IT IS SO ORDERED.

Dated:   **March 13, 2025**

UNITED STATES DISTRICT JUDGE