LYNDSIE N. RUSSELL, ESQ. - 309262
DOUGLAS L. GORDON, ESQ. - 163992
**LAW OFFICES OF**
**MILES, SEARS & EANNI**
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for **Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

TIANTE DION SCOTT,  )  NO. 1:17-cv-01146-JLT-GSA
           )
     Plaintiff,  )  **STIPULATION TO EXTEND TRIAL AND**
           )  **PRETRIAL DATES**
vs.          )
           )
OLGA BEREGOVSKAY, M.D., et al.,  )
           )  Trial Date: October 15, 2025
     Defendants.  )     Time: 8:30 a.m.
_____)     Courtroom: 4

　　　The parties, plaintiff TIANTE DION SCOTT and defendant OLGA BEREGOVSKAY, M.D., through their respective attorneys, hereby move the Court to reschedule certain dates set by the Court in the Discovery and Scheduling Order dated November 5, 2020 (Docket Number 50) and the Second Scheduling Order dated January 31, 2025 (Docket Number 83).

　　　WHEREAS, plaintiff filed his Complaint on June 19, 2017:

　　　WHEREAS, the Discovery and Scheduling Order of November 5, 2020 set the following dates:

　　　1.　Deadline to Amend Pleadings Date of March 5, 2021;

　　　2.　Discovery Cut-Off Date of April 5, 2021;

　　　2.　Dispositive Motion Filing Date of June 5, 2021;

　　　WHEREAS, the Second Scheduling Order of January 31, 2025 set

*Stipulation to Extend Pretrial and Trial Dates.wpd*

the following dates:

1. Deadline to file Motion for Attendance of Incarcerated Witnesses of May 30, 2025 with Oppositions due on, or before, June 27, 2025;
2. Money Orders for Service By Marshalls Due on June 27, 2025;
3. Pretrial Conference on August 4, 2025; and
4. Jury Trial on October 15, 2025.

WHEREAS, based on the appointment of new counsel for both plaintiff and defendant BEREGOVSKAY and due to conflicts in plaintiff counsel and defense counsel's schedule with the current trial date of October 15, 2025, the parties believe a continuance is necessary to allow for the preparation of the case and attendance of counsel at trial.

WHEREAS, the parties believe that limited discovery was conducted and it is unclear whether plaintiff propounded any discovery to defendant. Both parties agree to extend the discovery dates.

WHEREAS, the parties do not believe there is any prejudice to either party by continuing the trial and re-opening discovery.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE THE COURT FOR AN ORDER RESETTING THE FOLLOWING DEADLINES:

| | | |
|---|---|---|
| 1. | Discovery Cut-Off | October 10, 2025 |
| 2. | Last Day to Designate Experts and Provide Reports Under FRCP Rule 26(a)(2)(B) | November 10, 2025 |
| 3. | Last Day to Designate | November 21, 2025 |

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

*Stipulation to Extend Pretrial and Trial Dates.wpd*

|   |   |   |   |
|---|---|---|---|
| 1 |   | Rebuttal Experts and Provide Reports Under FRCP |   |
| 2 |   | Rule 26(a)(2)(B) |   |
| 3 | 4. | Expert Discovery Cut-Off | December 19, 2025 |
| 4 | 5. | Pretrial Conference | January 20, 2026 |
| 5 | 5. | Trial | February 17, 2026. |

IT IS SO STIPULATED AND AGREED.

DATED: May 15, 2025          MILES, SEARS & EANNI


                             By:  /s/Lyndsie Russell
                                  LYNDSIE N. RUSSELL
                                  Attorneys for Plaintiff
                                  TIANTE DION SCOTT

DATED: May 15, 2025          ATTORNEY GENERAL OF CALIFORNIA


                             By: /s/ Rolando Pasquali
                                  ROLANDO PASQUALI
                                  Attorneys for Defendant
                                  OLGA BEREGOVSKAY, M.D.


SO ORDERED.

DATED: May 29, 2025

                             *[signature: Jennifer L. Thurston]*
                             UNITED STATES DISTRICT JUDGE

*Stipulation to Extend Pretrial and Trial Dates.wpd*

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

1  CERTIFICATE OF SERVICE
2      I hereby certify that on this 15th day of May 2025, I
3  electronically filed the following documents with the Clerk of the
4  Court by using the CM/ECF system:
5  **STIPULATION TO EXTEND PRETRIAL AND TRIAL DATES**
6      I certify that all participants in the case are registered
7  CM/ECF users and that service will be accomplished by the CM/ECF
8  system.
9      I declare under penalty of perjury under the laws of the State
10 of California that the foregoing is true and correct.
11     Executed this May 15, 2025, at Fresno, California.

                                    */s/ Lyndsie N. Russell*
                                       LYNDSIE N. RUSSELL

- 4 -

*Stipulation to Extend Pretrial and Trial Dates.wpd*

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200