1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

12
13
14
15
16
17

**TIANTE DION SCOTT,**

Plaintiff,

v.

**OLGA BEREGOVSKAYA, et al,**

Defendants.

1:17-cv-01146-JLT-EPG

**STIPULATION AND ORDER MODIFYING EXPERT WITNESS DISCLOSURE AND DISCOVERY DATES**

18

19   Whereas the parties have stipulated to altering the expert witness disclosure and discovery
20   deadlines, the parties now submit for the court's review and approval this proposed Order seeking
21   court approval of an altered disclosure and discovery schedule.
22   The reason for this request is that counsel for Defendant Dr. Olga Beregovskaya notified
23   counsel for Plaintiff as follows on October 22, 2025: "My medical expert sent me an e-mail at
24   1:10 p.m. today informing me that the expert's elderly father fell and struck his head this
25   morning. Apparently, it has already been 'determined to be non-survivable brain death.' They are
26   waiting for other family members to arrive. My expert has asked me to ask the court of an
27   'emergency extension.'" In subsequent communications with this defense expert, the expert
28   requested that, if possible, expert disclosure and $_1$deposition be extended by 30 days.

1    While the current Scheduling Order is a result of two prior modifications of the Scheduling
2    Order, this stipulation and proposed order does not seek to change either the pretrial conference
3    (January 20, 2026) or trial (February 18, 2026) dates.
4    WHEREAS, based upon information received by defense counsel that an unanticipated
5    tragedy befell a parent of a defense expert, both parties have agreed – subject to approval by the
6    court – to change the following expert witness disclosure and discovery dates as set forth below.
7    NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY
8    STIPULATE AND MOVE THE COURT FOR AN ORDER RESETTING EXPERT WITNESS
9    DISCLOSURE, REBUTTAL EXPERT WITNESS DISCLOSURE, AND EXPERT
10   DISCOVERY CUT-OFF TO THE FOLLOWING DATES:

11   1. Expert witness disclosure          December 3, 2025
12   2. Rebuttal expert disclosure         December 17, 2025
13   3. Expert discovery cut-off           January 13, 2026
14   4. Pretrial Conference                January 20, 2026  (unchanged)
15   5. Trial                              February 18, 2026 (unchanged)

16   IT IS SO STIPULATED AND AGREED.

17
18   Dated: October 30, 2025          Respectfully submitted,
                                      ROB BONTA
19                                    Attorney General of California
                                      ELISABETH FRATER
20                                    Supervising Deputy Attorney General

21                                    /s/ - Rolando Pasquali
                                      ROLANDO PASQUALI
22                                    Deputy Attorney General
                                      Attorneys for Defendant Olga Beregovskaya

23
24   Dated: October 30, 2025          Respectfully Submitted,

25                                    /s/ - Lyndsie N. Russell
                                       MILES, SEARS & EANNI
26                                     Attorneys for Plaintiff Tiante Dion Scott

27
28

**ORDER**

Based upon the Stipulation of counsel, and GOOD CAUSE appearing, the Court finds that it is in the interests of justice to extend the expert witness disclosure, rebuttal expert disclosure, and discovery dates to the new dates set forth below. Wherefore,

**IT IS HEREBY ORDERED** that the following new dates will apply to this case:

| | |
|---|---|
| Expert witness disclosure | December 3, 2025 |
| Rebuttal expert disclosure | December 17, 2025 |
| Expert discovery cut-off | January 13, 2026 |

The Pretrial Conference date (January 20, 2026) and Trial date (February 18, 2026) remain unchanged.

IT IS SO ORDERED.

Dated:   **November 4, 2025**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE