IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Tiante Dion Scott

Plaintiff(s)

vs.

Olga Beregovskay, et al.

Defendant(s)

Case Number 1:17-cv-01146 JLT GSA

REQUEST FOR AUTHORITY TO INCUR
PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, Lyndsie Russell attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on Dec 30, 2025 , by the Honorable Jennifer L. Thurston , United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

Please see attached for all requested pro bono costs.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation. Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 19,450.00 . I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of December ,20 25 , at Fresno , California.

_____
Attorney for the Plaintiff(s)

Page 1 of 2

Case Number | 1:17-cv-01146 JLT GSA

TO BE COMPLETED BY THE COURT

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | No previous requests received. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The above expenditure is __X_____ Approved _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated: __February 3, 2026____

_Jennifer I. Thurston_
United States District Judge

I, Lyndsie Russell, request the following costs be pre-approved for reimbursement as necessary costs for the prosecution of the plaintiff's deliberate indifference case:

**1.   Future Payments for Retention of Michael Ritter, M.D.- $6,000**

My office has already retained Dr. Ritter and paid for some of his services, which was approximately $10,000.  I am requesting pre-approval for his future work on the case, including preparing for his deposition, traveling to trial, and testifying at trial. Dr. Ritter's hourly fee is $600.00 per hour.  I expect that he will provide another 10 hours of work with time spent for preparation, travel time, and testifying time.

Dr. Ritter is plaintiff's only retained expert and supports plaintiff's case.  He is vital to establishing plaintiff's case at trial as he establishes the standard of care for a physician following a reported stab wound to the neck and will educate the jury on neck anatomy and the dangers of neck wounds.   Dr. Ritter additionally will also testify that the foreign object in plaintiff's neck was visible on the X-rays ordered by defendant.

**2.   Expert Deposition of Defense Retained Expert Bennett Feinberg, M.D.-$1,300**

Dr. Feinberg charges $150 per hour and I expect his deposition time to be two hours or less.  There will be additional fees for the deposition after possible reimbursement from the Transcript Reimbursement Fund as most depositions exceed $1,000 for the court reporter fee, production fee, and transcript fee.

Dr. Feinberg's deposition is necessary in order to prepare for trial and to prevent any surprises at trial.   He is a primary care

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

*Reimbursement Form.wpd*

and internal medicine physician with ample experience with patients in California Department of Corrections and Rehabilitation's prisons. According to his expert report, he found no issues with defendant's treatment of plaintiff. His deposition is necessary to determine the foundation of those opinion and to determine his opinions regarding Dr. Ritter's opinions.

**3.  Expert Deposition of Defense Retained Expert Vikram Shaker, M.D.-$3,200**

Dr. Shaker charges $1,100 per hour and I expect his deposition time to be two hours or less. There will be additional fees for the deposition after possible reimbursement from the Transcript Reimbursement Fund as most depositions exceed $1,000 for the court reporter fee, production fee, and transcript fee.

Dr. Shaker's deposition is necessary in order to prepare for trial and to prevent any surprises at trial. He is a radiologist. According to his expert report, Dr. Shaker found that the X-ray ordered by defendant was "[n]egative for radiopaque foreign body". His deposition is necessary to determine the foundation of those opinion, which is directly countered by Dr. Ritter's findings and exhibits, and to determine his opinions regarding Dr. Ritter's opinions.

**4.  Expert Deposition of Defense Retained Expert Michael Neeki, M.D.-$2,500**

Dr. Neeki charges $750 per hour and I expect his deposition time to be two hours or less. There will be additional fees for the deposition after possible reimbursement from the Transcript Reimbursement Fund as most depositions exceed $1,000 for the court reporter fee, production fee, and transcript fee.

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

*Reimbursement Form.wpd*

Dr. Neeki's deposition is necessary in order to prepare for trial and to prevent any surprises at trial.  Dr. Neeki is an emergency room physician designated to counter Dr. Ritter's opinions.  According to his expert report, he was critical of Dr. Ritter's opinions.  His deposition is necessary to determine the foundation of those opinion.

**5.   Trial Preservation/Expert Deposition of Treating Physician Nancy Adam, M.D.-$1,150-2,150**

It is unclear how much Dr. Adam will charge for her deposition.  Fees for doctors can range from $150 to over $1,000 per hour.  I expect the deposition to be one hour or less.  There will be additional fees for the deposition after possible reimbursement from the Transcript Reimbursement Fund as most depositions exceed $1,000 for the court reporter fee, production fee, and transcript fee.

Dr. Adam was one of plaintiff's treating physicians who saw plaintiff after treatment by defendant.  Dr. Adam will help establish that plaintiff did in fact have a foreign object in his neck and also testify regarding the damages he suffered by having a foreign object in his neck for multiple months.

**6.   Trial Preservation/Expert Deposition of Treating Physician Andrew Dorfman, M.D.-$1,150-2,150**

It is unclear how much Dr. Dorfman will charge for his deposition.  Fees for doctors can range from $150 to over $1,000 per hour.  I expect the deposition to be one hour or less.  There will be additional fees for the deposition after possible reimbursement from the Transcript Reimbursement Fund as most depositions exceed $1,000 for the court reporter fee, production

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

- 4 -

*Reimbursement Form.wpd*

fee, and transcript fee.

Dr. Dorfman was one of plaintiff's treating physicians who saw plaintiff after treatment by defendant.  Dr. Dorfman will help establish that plaintiff did in fact have a foreign object in his neck and also testify regarding the damages he suffered by having a foreign object in his neck for multiple months.

7.   **Trial Preservation/Expert Deposition of Treating Physician Gregory Barkdull, M.D.-$1,150-2,150**

It is unclear how much Dr. Barkdull will charge for his deposition.  Fees for doctors can range from $150 to over $1,000 per hour.  I expect the deposition to be one hour or less.  There will be additional fees for the deposition after possible reimbursement from the Transcript Reimbursement Fund as most depositions exceed $1,000 for the court reporter fee, production fee, and transcript fee.

Dr. Barkdull was one of plaintiff's treating physicians who saw plaintiff after treatment by defendant.  Dr. Barkdull removed the foreign object in his neck and can also testify regarding the damages he suffered by having a foreign object in his neck for multiple months.

I have reviewed all of the plaintiff's medical records and carefully selected only those witnesses that are absolutely necessary for the prosecution of this case.

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
FRESNO, CALIFORNIA 93721
TELEPHONE (559) 486-5200

- 5 -

*Reimbursement Form.wpd*