**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

TIANTE DION SCOTT,

    Plaintiff,

  v.

OLGA BEREGOVSKAY,

    Defendant.

Case No.: 1:17-cv-01146 JLT EPG (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE TIANTE DION SCOTT, CDCR # F-53452**

---

**TIANTE DION SCOTT**, CDCR # F-53452, a necessary and material party in a jury trial in this case beginning February 18, 2026, is confined at Wasco State Prison (WSP), 701 Scofield Ave., Wasco, CA 93280, in the custody of the Warden or Sheriff. In order to secure this inmate's attendance at trial, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, along with his legal property relevant to this case, to appear in person before District Judge Jennifer L. Thurston at the United States District Court, Courtroom #4, 2500 Tulare Street, Fresno, California 93721, on **Tuesday, February 24, 2026 at 8:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden or Sheriff to produce the inmate named above, along with his legal property, to participate in a jury trial, at the time and place above, and continuing from day to day until completion of the jury trial or as ordered by the Court.

2. The custodian **SHALL** notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at Wasco State Prison at Fax # (661) 758-7093 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden or Sheriff, Wasco State Prison, P.O. Box 8800, Wasco, California, 93280:**

**WE COMMAND** you to produce the inmate named above, along with his legal property, to appear before Judge Thurston at the time and place above, and from day to day until completion of the jury trial or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 20, 2026**

                                             UNITED STATES DISTRICT JUDGE