**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIANTE DION SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>OLGA BEREGOVSKAY,<br><br>Defendant. | Case No.: 1:17-cv-01146 JLT EPG (PC)<br><br>NOTICE THAT INMATE TIANTE DION SCOTT, CDCR # F-53452, IS NO LONGER NEEDED AS A PARTY IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

A jury trial in this matter commenced on February 18, 2026. Inmate Tiante Dion Scott, CDCR # F-53452, has participated and is no longer needed by the Court as a party in these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated:  **February 25, 2026**

UNITED STATES DISTRICT JUDGE